ALINA HABBA
United States Attorney
JOHN F. BASIAK JR.
TASHA M. BRADT
Assistant U.S. Attorneys
970 Broad Street
Newark, New Jersey 08901
(609) 858-0305
Tasha.Bradt@usdoj.gov
*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT STUMPF,<br><br>*Plaintiff,*<br><br>v.<br><br>MARY MUNROE, et al.,<br><br>*Defendants.* | Hon. Christine P. O'Hearn, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Civil Action No. 23-3143 (CPO/SAK)<br><br>**UNITED STATES OF AMERICA'S NOTICE OF DEMAND FOR A TRIAL *DE NOVO*** |

TO:   Melissa E. Rhoads, Esq., Clerk of Court

The arbitration hearing in this matter was held on March 31, 2025, and the arbitration award was filed under seal and served on the parties on April 28, 2025. Defendant United States of America hereby demands a trial *de novo* in the district court under Local Civil Rule 201.1(h).  The United States files and serves this notice within 60 days of the of the arbitration award, making it timely.  *See* L. Civ. R. 201.1(h)(1) (stating "in any action in which the United States . . . is a party the time period within which any party therein may file and serve such a demand shall be 60 days.").

In keeping with L. Civ. R. 201.1(h)(1), the United States respectfully states

that Plaintiff Robert Stumpf cannot prove by a preponderance of evidence that the injuries and damages he allegedly sustained during the July 10, 2021 accident are the result of the negligence by the United States.

        Respectfully submitted,

        ALINA HABBA
        United States Attorney

By:   _s/Tasha M. Bradt_____
        TASHA M. BRADT
        Assistant U. S. Attorney

Dated: June 27, 2025